# United States District Court

_____ DISTRICT OF _____

CARLOS FERREIRA,

    Plaintiff,

             V.

TOLL BROTHERS, INC.,

    Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40032**

TO: (Name and Address of Defendant)

    Toll Brothers, Inc.
    250 Gibraltar Road
    Horsharm, PA 19006

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Bond, Esq.
The Kaplan/Bond Group
88 Black Falcon Avenue
Suite 301
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. if you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

DATE /22/05

BY DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

March 9, 2005

I hereby certify and return that on 3/7/2005 at 2:45PM I served a true and attested copy of the Sums, Comp, Interrogatories, Request for Prod. of Documents, Cover Sheet in this action in the following manner: To wit, by delivering in hand to A. Liberto, agent and person in charge at the time of service for Toll Brothers, Inc., at c/o CT Corporation Systems, 101 Federal Street, Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

*Deputy Sheriff* /s/ John Cotter

Deputy Sheriff    John Cotter

---

AO 440 (Rev. 7/90) Summons in a Civil Action

### RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

| DATE | | |
|---|---|---|
| NAME OF SERVER (PRINT) | | TITLE |

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served:
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:
☐ Returned unexecuted:
☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date            Signature of Server

_____
Address of Server