UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

CIVIL ACTION NUMBER: 05-40032



U.S. DISTRICT COURT
DISTRICT OF MASS

| CARLOS FERREIRA, |
| Plaintiff |
| v. |
| TOLL BROTHERS, INC., |
| Defendant |

# ANSWER AND JURY CLAIM OF
# DEFENDANT TOLL BROTHERS, INC.

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1.

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2.

3. In response to the second paragraph designated "2", Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations thereof.

4. In response to Paragraph 4, Defendant Toll Brothers, Inc. admits that it has a place of business at 250 Gibraltar Road, Horsham, PA, but otherwise denies the allegations of Paragraph 3.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.

-2-

6. Defendant denies the allegations of Paragraph 5.

7. Defendant denies the allegations of Paragraph 6.

As to Count I:

8. In response to Paragraph 7, Defendant incorporates by reference its responses to Paragraphs 1 through 6.

9. Defendant denies the allegations of Paragraph 8.

10. Defendant denies the allegations of Paragraph 9.

First Defense:

11. This court lacks personal jurisdiction over the Defendant Toll Brothers, Inc.

Second Defense:

12 The injury and damage complained of by the Plaintiff were caused by his own negligence, which was greater than any negligence on the part of the Defendant.

Third Defense:

13. The injury and damage complained of by the Plaintiff were caused by the acts or omissions of a person or entity for which the Defendant is not legally responsible.

-3-

Fourth Defense:

14. Plaintiff has not waived and/or is estopped from asserting the claims set forth in the Complaint.

Fifth Defense:

15. Plaintiff is barred from any recovery to the extent that he has unreasonably failed to mitigate his damages.

DEFENDANT CLAIMS A TRIAL BY JURY.

> TOLL BROTHERS., INC.
> By its Attorneys,
> CURLEY & CURLEY P.C.
>
> Robert A. Curley, Jr., Esq.
> 27 School Street
> Boston MA  02108
> (617) 523-2990
> BBO # 109180

### CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

> Thomas M. Bond, Esq.
> The Kaplan/Bond Group
> 88 Black Falcon Avenue, Suite 301
> Boston  MA  02210

Dated: 3/29/05

Robert A. Curley, Jr., Esq.
BBO # 109180