UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-40032FDS

| | |
|---|---|
| CARLOS FERREIRA,<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| TOLL BROTHERS, INC.,<br>Defendant. | )<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) the parties stipulate that this action be dismissed, without prejudice and without costs.

Respectfully submitted,
by his attorney,

_____
THOMAS M. BOND, ESQ.
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080
B.B.O. #: 546649

Dated: 7/19/05

_____
ROBERT CURLEY, ESQ.
**CURLEY & CURLEY, P.C.**
27 School Street
Boston, MA 02108
(617) 523-2990
B.B.O.#: 109180